FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 12, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSEPH RILEY and SHALEE RILEY, husband and wife, and the marital community comprised thereof, on behalf of minors F.R., A.R., L.D-R, and G.W., <br>　　　　Plaintiff, <br>　　v. <br>CITY OF SPOKANE VALLEY; LARRY HASKELL, Spokane County Prosecutor; SHARON HEDLUND, Spokane County Prosecutor; SPOKANE COUNTY; SPOKANE COUNTY SHERIFF'S OFFICE; OZZIE KNEZOVICH, Sheriff; MARC MELVILLE, Detective; and JOHN/JANE 1–10 DOE, <br>　　　　Defendants. | No. 2:21-CV-00355-SAB <br><br>**ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANT CITY OF SPOKANE VALLEY** |

　　Before the Court is the parties' Stipulated Motion to Dismiss Defendant City of Spokane Valley with Prejudice, ECF No. 30. The parties stipulate and request the Court dismiss this matter with prejudice against Defendant City of Spokane

**ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANT CITY OF SPOKANE VALLEY *1**

Valley. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good cause to accept the stipulation.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion to Dismiss Defendant City of Spokane Valley with Prejudice, ECF No. 30, is **GRANTED**.

2. Defendant City of Spokane Valley is **DISMISSED** from this action with prejudice. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to file this Order and provide copies to counsel.

**DATED** this 12th day of October 2022.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANT CITY OF SPOKANE VALLEY *2**